

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00339-CV

_____

WESLEY JONES, Appellant

V.

PATSY E. JONES, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-007274-1

---

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

After Appellant failed to timely file his brief, we notified him that we could dismiss his appeal for want of prosecution unless, no later than March 2, 2020, he filed his brief with an accompanying motion reasonably explaining the brief's untimely filing and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.6(a), 38.8(a)(1), 42.3(b), 44.3. Appellant did not respond.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: March 26, 2020

2